ROBERT D. VROOM, Respondent, *v.* RUSSELL SAGE, Appellant.

*Vroom* v. *Sage,* 100 App. Div. 285, affirmed.
(Argued February 1, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George W. Wickersham, Sidney Smith* and *Charles A. Gardiner* for appellant.

*Henry D. Hotchkiss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.